IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. MJG-95-2140 |
| JAMES S. DEATON and REBECCA DEATON | : | |
| Defendants. | : | |

...oOo...

## REMEDIAL ORDER

For the reasons set forth in the Memorandum and Order issued January 29, 2002:

    1. Defendants James S. Deaton and Rebecca Deaton shall restore the property at issue, Parcel 117 on Wicomico County Tax Map 31, to its pre-violation condition and elevation by replacing in the drainage ditch thereon the material which was removed and sidecast on the said property by them and/or their agents;

    2. This restoration shall be accomplished with all reasonable expedition but in no event later than 6 months from the effective date of this ORDER and, subject to the approval of the Army Corps of Engineers, in compliance with all pertinent legal and regulatory requires, which approval shall not be unreasonably withheld;

    3. Work pursuant to this ORDER may include cutting trees which have grown up on the spoil piles and planting annual rye for stabilization, as necessary.

SO ORDERED This 4th day of February 2002.

Marvin J. Garbis
United States District Court Judge